**Order entered February 7,  2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00641-CR

**MONTOIA ANNA TAVARES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80928-2017**

## ORDER

Before the Court is appellant's February 5, 2019 second motion for extension of time to file her brief.  We **GRANT** the motion and **ORDER** the brief filed on or before February 20, 2019.  We caution appellant that further extensions are disfavored.

/s/     BILL PEDERSEN, III
JUSTICE